**Bryan Keith RICHARDSON, Plaintiff–Appellant,**

v.

**Francisco QUINTANA, Warden; et al., Defendants–Appellees.**

No. 11–55902.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.[*]

Filed Nov. 29, 2012.

Bryan Keith Richardson, Adelanto, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Federal prisoner Bryan Keith Richardson appeals pro se from the district court's order denying his motion to proceed in forma pauperis in his action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990), and we affirm.

The district court did not abuse its discretion by denying Richardson's motion to proceed in forma pauperis because the complaint shows that the action is without merit. *See id.* at 616–17; *see also Sandin v. Conner*, 515 U.S. 472, 475–76, 486, 115 S.Ct. 2293, 132 L.Ed.2d 418 (1995) (prisoner has no due process right to present witnesses at prison disciplinary proceeding where no atypical hardship imposed).

Richardson's contention that the district court failed to construe his complaint as a *Bivens* action is unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The Honorable Raymond J. Dearie, Senior United States District Judge for the Eastern District of New York, sitting by designation.